# EXHIBIT 2

Case 2:16-cv-01114-GEKP Document 1-3 Filed 03/09/16 Page 1 of 19

# Court of Common Pleas of Philadelphia County
## Trial Division
# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JULY 2015**   001125

| | |
|---|---|
| **PLAINTIFF'S NAME** Festus Kandjabanga | **DEFENDANT'S NAME** Drexel University |
| **PLAINTIFF'S ADDRESS** 1700 Ben Franklin Pkwy APT 2315 Philadelphia PA 19103 | **DEFENDANT'S ADDRESS** 3141 Chestnut Street Philadelphia PA. 19103 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** Served AUG 05 2015 KC |

**TOTAL NUMBER OF PLAINTIFFS:** 1
**TOTAL NO. OF DEFENDANTS:** 1

**COMMENCEMENT OF ACTION:**
☒ Complaint   ☐ Petition Action   ☐ Notice of Appeal
☐ Writ of Summons   ☐ Transfer From Other Jurisdictions

**AMOUNT IN CONTROVERSY:**
☐ $50,000.00 or less
☒ More than $50,000.00

**COURT PROGRAMS:**
☐ Arbitration   ☐ Mass Tort   ☐ Minor Court Appeal   ☐ Settlement
☐ Jury   ☐ Savings Action   ☐ Statutory Appeals   ☐ Minors
☒ Non-Jury   ☐ Petition   ☐ Commerce (Completion of Addendum Required)   ☐ W/D/Survival
☐ Other

**CASE TYPE AND CODE (SEE INSTRUCTIONS):** Breach of Contract   1C

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS):**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER):**
Kandjabanga Vs Drexel University-CMPLT
15070112500003

**IS CASE SUBJECT TO COORDINATION ORDER?**   Yes ☐   No ☐

## TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:

Papers may be served at the address set forth below.

| | |
|---|---|
| **NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY** Festus Kandjabanga | **ADDRESS (SEE INSTRUCTIONS)** 1700 Ben Franklin Pkwy Apt 2315 Philadelphia PA 19103 |
| **PHONE NUMBER** 267-973-7268   **FAX NUMBER** | |
| **SUPREME COURT IDENTIFICATION NO.** | **E-MAIL ADDRESS** Kandjabanga@yahoo.com |
| **SIGNATURE** | **DATE** July 10, 2015 |

01-101 (Rev 6/08)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

Festus Kandjabanga
Plaintiff

Vs

Drexel University
Defendant

JULY 2015

001125

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you. | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decider a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |
| *You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.* | *Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.* |
| Philadelphia Bar Association<br>Lawyer Referral<br>and Information Service<br>One Reading Center<br>Philadelphia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 | Asociacion De Licenciados<br>De Filadelfia<br>Servicio De Referencia E<br>Informacion Legal<br>One Reading Center<br>Filadelfia, Pennsylvania 19107<br>(215) 238-6333<br>TTY (215) 451-6197 |

10-284

THE COURT OF THE STATE PENNSYLVANIA
COUNTY OF PHILADELPHIA

JULY 2015

FESTUS KANDJABANGA,
Plaintiff,
vs
DREXEL UNIVERSITY
Defendant

001125

THE FIRST JUDICIAL DISTRICT OF PENNSYLVANIA COURT OF COMMON PLEAS OF PHILADELPHIA

Breach of Contract

The Complaint of the Plaintiff, FESTUS KANDJABANGA , respectfully shows and alleges as follows:

1. The Plaintiff herein, FESTUS KANDJABANGA, is a resident of the State of Pennsylvania at 1700 Ben Franklin Pkwy apt # 2315, Philadelphia.

2. The Defendant herein, DREXEL UNIVERSITY, has a principal place of business at 3141 Chestnut St, Philadelphia, Pennsylvania 19104.
Defendant was admitted in the University in Fall 2011 as an Architectural Major which does not offer full time program. Plaintiff entered in an agreement since September 13, 2011 with Department of Architecture to go and complete his degree at Community College of Philadelphia. Plaintiff Festus filed a procedural application form with construction department on June 4, 2013 to go and complete his degree at Community College of Philadelphia when his status was still an Architecture which allowed him to go and transferred back the credit. The contract was maliciously breached by construction department on June 7, 2013 when plaintiff status was still Architecture before status was changed on June 10, 2013 or after.

3. Plaintiff filed a breach of contract on December 20, 2013. Plaintiff made a follow up on February 10, 2014 and November 15, 2014. Plaintiff was maliciously threatened on November 18, 2014 by Defendant with student conduct if he brought up the breach of contract complaint. Plaintiff made a follow a follow up again on April 17, 2015 with other complaints, Plaintiff was falsely arrested and put in handcuffs by University policy without an apology.

By grounds of the facts and circumstances of bad faith as stated above, plaintiff has suffered breach of contract and has been damaged by Defendant in the sum of $120,000.00

WHEREFORE, Plaintiff demands judgment against Defendant in the sum of $120,000.00, delay of graduation, expectation damages, consequential damages, liquidation damages, punitive damages with any other relief the court finds to be just and proper.

Dated: July 7, 2015

Cell 267-973-7268

1

Date of Review: June 8, 2011    Time of Review: 4pm

**Drexel University**
Department of Architecture & Interiors

## Architecture Portfolio Review

Name of Reviewee: FESTUS KANDJIMBWA

Former College(s): CCP

The student's knowledge of the subject matter and prior credit attainment fulfills the requirements for the following courses:

| Studies | Required Professional Courses (I, II, III) | | | |
|---|---|---|---|---|
| 1.1 1.2 1.3 1.4 1.5 | Arch Represent I – Drawing Basics ✓ | Arch Represent II – Drawing ✓ | Arch Represent III Digital ✓ Arch Represent IV – 3D Modeling ✓ | Arch Construction ✓ |
| 2.1 2.2 2.3 2.4 2.5 2.6 | Arch & Society | I ✓ UAL | II ✓ UAL | III ✓ UAL |
| 3.1 3.2 3.3 3.4 3.5 3.6 | Mat & Structures | I | II | III |
| 4.1 4.2 4.3 4.4 4.5 4.6 | Environmental Sys | I ✓ | II ✓ UAL | III ✓ UAL |
| 5.1 5.2 5.3 | Professional Prac | I | | |
| 6.1 6.2 6.3 | Professional Elects | | | |
| | Hist/Theory Elects | | | |

Reviewer: U. Alleyne-Texas    Date: 9/13/2011 & 6/27/2012

Comments:

Festus is concurrently finishing his degree at CCP. Once he has graduated from there, we will conduct another evaluation to transfer credits he has accrued since the Summer 2011.
UAL 9/13/2011

New transfer credits were granted for Arch & Society & Bldg. Systems.
UAL 6/27/2012

---

Subject: Followup to your recent communications
To: Festus Kandjabanga
Cc: O'Neil, Mary Beth

Date: 11/18/14 06:49 PM
From: "DiNardo, N. John"

Festus:

I was forwarded your communications of November 11th and November 17th which you sent to President Fry. It is my understanding that the issues you presented have been thoroughly addressed by the relevant offices, and their conclusions have been presented to you and fully documented. Unless you have new concerns or issues that have not been reviewed or addressed, it is important that you focus on your coursework to complete your degree in Construction Management. If you continue to raise the same issues that have been previously addressed, your behavior can be viewed as disruptive and may result in student conduct charges against you. We want you to be successful and, if you have new concerns that have not been addressed, I will be your point of contact.

Dr DiNardo

N. John DiNardo, Ph.D.

---

To: fessy kandjabanga <kandjabanga@yahoo.com>
Sent: Monday, June 3, 2013 6:48 PM
Subject: RE: College Transfer website

Hi Fessy,

I am happy to better clarify what we discussed in our last meeting. I understood that you were already registered for courses and was currently completing the courses at Community College of Philadelphia and wanted to receive transfer credits for the courses. Since our last conversation, I learned that you haven't registered for the courses in which you would like to receive transfer credit. To receive permission to complete courses at another institution, you would need to complete the attached form.

---

Beard, Joena

To: fessy kandjabanga    Festus Kandjabanga (fk85@drexel.edu)

Hi Fessy

Please visit the SRC office on main campus **by 4PM on Monday, July 8, 2013** to complete your consultation to complete the process of your Change of Curriculum and Status for summer term.

Kind Regards,

**Joena Beard**
*Academic Advisor*

---

From: "Tsafos,James" <tsafosjm@drexel.edu>
To: fessy kandjabanga <kandjabanga@yahoo.com>
Cc: "Beard,Joena" <jcb63@drexel.edu>
Sent: Friday, June 7, 2013 2:09 PM
Subject: RE: Follow-up

Festus

If Architecture wants to do that you will have to stay in Architecture, the policy of the University is once you are matriculated you classes would be taken at Drexel. You will be in CM for the Summer according to your change of major.

**James M. Tsafos, Ph.D.**
*Program Manager-Construction Management*

---

3

## VERIFICATION

Plaintiff(s) __Festus Kandjabanga__

hereby verify that the statements set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief; I understand that these statements are made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

_____
Signature of Plaintiff

_____
Signature of Plaintiff

Dated: __July 10, 2015__

# PHILADELPHIA COURT OF COMMON PLEAS
## PETITION/MOTION COVER SHEET

**FOR COURT USE ONLY**

ASSIGNED TO JUDGE: _____

ANSWER/RESPONSE DATE: JUL 20 2015

RESPONSE DATE: JUL 20 2015

OFFICE OF JUDICIAL RECORDS

Do not send Judge courtesy copy of Petition/Motion/Answer/Response. Status may be obtained online at http://courts.phila.gov

CONTROL NUMBER: 075141

(RESPONDING PARTIES MUST INCLUDE THIS NUMBER ON ALL FILINGS)

JULY 2015

Festus Kandjabanga
vs.
Drexel University

No. _____ Month 001125 Term, _____ Year

Name of Filing Party: Festus Kandjabanga

(Check one) ☐ Plaintiff ☐ Defendant
(Check one) ☐ Movant ☐ Respondent

**INDICATE NATURE OF DOCUMENT FILED:**
☐ Petition (Attach Rule to Show Cause) ☐ Motion
☐ Answer to Petition ☐ Response to Motion

Has another petition/motion been decided in this case? ☐ Yes ☐ No
Is another petition/motion pending? ☐ Yes ☐ No
If the answer to either question is yes, you must identify the judge(s):

**TYPE OF PETITION/MOTION** (see list on reverse side)

PETITION TO PROCEED IN FORMA PAUPERIS

ANSWER/RESPONSE FILED TO (Please insert the title of the corresponding petition/motion to which you are responding):

PETITION/MOTION CODE (see list on reverse side): MTIFP

### I. CASE PROGRAM
Is this case in the (answer all questions):
**A. COMMERCE PROGRAM**
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court? ☐ Yes ☐ No

**B. DAY FORWARD/MAJOR JURY PROGRAM** — Year _____
Name of Judicial Team Leader: _____
Applicable Petition/Motion Deadline: _____
Has deadline been previously extended by the Court? ☐ Yes ☐ No

**C. NON JURY PROGRAM**
Date Listed: _____

**D. ARBITRATION PROGRAM**
Arbitration Date: _____

**E. ARBITRATION APPEAL PROGRAM**
Date Listed: _____

**F. OTHER PROGRAM:** _____
Date Listed: _____

### III. OTHER

### II. PARTIES (required for proof of service)
(Name, address and telephone number of all counsel of record and unrepresented parties. Attach a stamped addressed envelope for each attorney of record and unrepresented party.)

Festus Kandjabanga
1700 Ben Franklin Pkwy
Apt 2315
Philadelphia PA 19103

Kandjabanga Vs Drexel University-MTIFP

15070112500005

By filing this document and signing below, the moving party certifies that this motion, petition, answer or response along with all documents filed, will be served upon all counsel and unrepresented parties as required by rules of Court (see PA. R.C.P. 206.6, Note to 208.2(a), and 440). Furthermore, moving party verifies that the answers made herein are true and correct and understands that sanctions may be imposed for inaccurate or incomplete answers.

_____ July 10, 2015    Festus Kandjabanga    _____
(Attorney Signature/Unrepresented Party)   (Date)    (Print Name)    (Attorney I.D. No.)

The Petition, Motion and Answer or Response, if any, will be forwarded to the Court after the Answer/Response Date. No extension of the Answer/Response Date will be granted even if the parties so stipulate.

# First Judicial District of Pennsylvania
## Court of Common Pleas of Philadelphia County
### Trial Division – Civil

Festus Kandjabanga
_____
Plaintiff(s)

VS.

Drexel University
_____
Defendant(s)

JULY 2015

July (month) _____ Term, 20 15 (year)

075141

NO. 001125

## *In Forma Pauperis Order*

AND NOW, this __10__ day of __July__, 20__15__, it is hereby **ORDERED AND DECREED** that:

1. Petitioner be permitted to proceed without paying the costs of this proceeding or posting a bond.

2. Petitioner be permitted to obtain service of the papers filed without cost.

3. Petitioner be permitted to proceed *in forma pauperis* as to any additional costs which accrue in the course of this proceeding.

4. If there is a monetary recovery by judgment or settlement in favor of the party permitted to proceed *in forma pauperis*, the exonerated fees and costs shall be taxed as costs and paid to the Prothonotary by the party paying the monetary recovery.

5. Petitioner has a continuing obligation to inform the Court of any improvement in party's financial circumstances that will enable the party to pay costs.

Page 1 of 11

6. If Petition for *In Forma Pauperis* is granted, filing party must appear and obtain attested copies of the original pleading for service. If more than thirty (30) days has expired, the pleading must be reinstated first.

BY THE COURT:

_____ J.

# First Judicial District of Pennsylvania
## Court of Common Pleas of Philadelphia County
### Trial Division – Civil

Festus Kandjabanga, pro se
(your name)

1700 Ben Franklin Pkwy
Apt 2315
(full address)

Philadelphia PA 19103
(area code and telephone number)

075141

JULY 2015

_____, TERM, 20____
(month)                    (year)

Festus Kandjabanga
Plaintiff(s)

VS.

Drexel University
Defendant(s)

001125

NO. _____

## Petition to Proceed In Forma Pauperis and Without Payment of Bond

TO THE HONORABLE, THE JUDGES OF SAID COURT:

Petitioner, (your name) Festus Kandjabanga, seeks
(please print your name)

leave to proceed in this matter *in forma pauperis*, and respectfully represents that:

1. I am the (*indicate plaintiff or defendant*) Plaintiff in these proceedings.

Page 3 of 11

2. I reside at (state your full address) 1700 Ben Franklin Pkwy Apt 2315, Philadelphia, PA. 19103

3. I have listed my sources and amounts of income truly and correctly on the attached affidavit.

4. I have the following average monthly expenses for the indicated items:

Housing: $1185.00
Utilities: $85.00
(Gas): 
(Oil): 
(Electric): 
(Phone): $60.00
Food: $200.00
Clothing: $140.00

Insurance: 0
Transportation: $100.00
Medical: 0
Loans: 
Laundry: $40.00
Child Care: 0
Child Support: 0

5. I neither own nor have equity in any assets other than the following (state values in dollars): 0

6. I am unable to pay the costs of these proceedings or to obtain the amount of costs from family or friends.

**WHEREFORE**, Petitioner prays that he/she be permitted to proceed in this matter *in forma pauperis* and without the payment of bond.

Date: July 10, 2015

_Festus Kandjabanga_
Petitioner     (Print your name)

_[signature]_
Petitioner     (Sign your name)

# First Judicial District of Pennsylvania
## Court of Common Pleas of Philadelphia County
### Trial Division – Civil

Festus Kandjabanga, pro se
(your name)

1700 Ben Franklin Pkwy
Apt 2315
(full address)

Philadelphia PA 19103
(area code and telephone number)

---

Festus Kandjabanga
Plaintiff(s)

VS.

Drexel University
Defendant(s)

JULY 2015 _____ TERM, 20____
(Month)                (Year)

NO. 001125

## Petitioner's Affidavit
### Pursuant to PA. R.C.P. 240

COMMONWEALTH OF PENNSYLVANIA  :
                              :  SS. 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
COUNTY OF PHILADELPHIA        :

1. I, Festus Kandjabanga, am the (Plaintiff)/(Defendant)
   (circle one)

in the above matter and because of my financial condition am unable to pay the fees

and costs of prosecuting or defending the action or proceeding.

Page 6 of 11

2. I am unable to obtain funds from anyone, including my family and associates, to pay the costs of litigation.

3. I represent that the information below relating to my ability to pay the fees and costs is true and correct:

(a) Name: Festus Kandjabanga

Address: 1700 Ben Franklin Pkwy Apt 2315 Philadelphia PA 19103

(b) **EMPLOYMENT**

*If you are presently employed, state:*

Employer: N/A

Address: _____

Salary/wages Per Month: _____

Type of Work: _____

*If you are presently unemployed, state:*

Date of last Employment: Sept 19, 2014

Salary/Wages Per Month: Net $844.00 per two weeks

Type of Work: Architecture

(c) **OTHER INCOME WITHIN THE PAST TWELVE (12) MONTHS** *(state as dollar amounts)*

Business or Profession: N/A  0

Other Self-employment: 0

Interest: 0

Dividends: 0

Page 7 of 11

Pension and Annuities: 0

Social Security Benefits: 0

Support Payments: 0

Disability Payments: 0

Unemployment Compensation &
Supplemental Benefits: _____

Workman's Compensation: _____

Public Assistance: _____

Other: Food Stamp $700.00 or $190.00 Per month

(d) **OTHER CONTRIBUTIONS TO HOUSEHOLD SUPPORT** *(state as dollar amounts)*

(Wife) (Husband) (Friend) Name: Edward Garcia ~~and Serafina~~ $450.00 $1100.00

*If your (wife) (husband) (friend) is employed, state:*

Employer: Consultant

Salary/Wages
Per Month: _____

Type of Work: Consultant

Contributions
From Children: _____

Contributions
From Parents: $800.00

Other Contributions: Food Stamp $190.00

(e) **PROPERTY OWNED** *(state as dollar amounts)*

Cash: $700.00

Checking Account: 03600 1808 430 7014409

Savings Account: N/A

Certificates of Deposit: N/A

Real Estate
(Including Home): __N/A__

Motor Vehicle: Make: _____ Year: _____

Cost: $_____ Amount Owed: $_____

Stocks & Bonds: _____

Other: _____

(f) *DEBTS AND OBLIGATIONS (state as dollar amounts)*

Mortgage: _____

Rent: _____

Loans: __$50,000.00__

Other: _____

(g) *PERSONS DEPENDENT UPON YOU FOR SUPPORT*

(Wife) (Husband) Name: __N/A__

Children, if any: _____ Age _____

_____ Age _____

_____ Age _____

_____ Age _____

Other Persons:

Name: _____

Relationship: _____

4. I understand that I have a continuing obligation to inform the Court of improvement in my financial circumstances which would permit me to pay the costs incurred herein.

5. I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. §4904, relating to unsworn falsification to authorities.

Date: July 10, 2015

Festus Kandjabanga
Petitioner     (Print your name)

_____
Petitioner     (Sign your name)

Sworn to and subscribed before me
this 10 day of July, 20 15

Donna Kelly

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Donna Kelly, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires March 13, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Page 10 of 11

## Certificate of Service

I hereby certify that I have served a copy of this petition upon all other parties or their attorney of record by:

*Please check:*

_____ Regular First Class Mail

✓ Certified Mail

_____ Other

Date: July 10, 2015

Festus Kandjabanga
Petitioner   (Print your name)

[signature]
Petitioner   (Sign your name)