## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FESTUS KANDJABANGA, | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DREXEL UNIVERSITY | : | No. 16-1114 |
| *Defendant*. | : | |

# **O R D E R**

AND NOW, this 2nd day of June, 2016, upon consideration of the Plaintiff's Motion to Remand to State Court (Doc. No. 4), as well as Defendant Drexel University's Opposition to the Motion (Doc. No. 5), it is hereby ORDERED that the Motion to Remand is GRANTED and the case is remanded to the Philadelphia County Court of Common Pleas for all further proceedings.

The Clerk of Court shall mark this case CLOSED for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1